UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                              **ORDER**
                              Crim. No. 15-49 (MJD/FLN)

Mohamed Abdihamid Farah (02),

    Defendant.

_____

    Murad M. Mohamud, Murad Defense P.A., and P. Chinedu Nwaneri, Nwaneri Law Firm, PLLC, Counsel for Defendant Mohamed Farah.

_____

    This matter is before the Court on Defendant Mohamed Farah's motion for Writ of Habeas Corpus Ad Testificandum to secure the attendance Abdirizak Warsame at the hearing before this Court scheduled for Friday, April 1, 2016. Based on the file, record and proceedings herein:

    IT IS HEREBY ORDERED that Defendant's Motion for Writ of Habeas Corpus Ad Testificandum [Doc. No. 385] is DENIED.

Date:   March 31, 2016

                                          s/ Michael J. Davis
                                          Michael J. Davis
                                          United States District Court