UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Mohamed Abdihamid Farah (02),
Abdirahman Yasin Daud (04), and
Guled Ali Omar (07),

    Defendants.

**ORDER**

Crim. No. 15-49 (MJD/FLN)

_____

    John Docherty, Andrew Winter and Julie Allyn, Assistant United States Attorneys, Counsel for Plaintiff.

    Murad M. Mohammad, Murad Defense P.A., Counsel for Defendant Mohamed Farah.

    Bruce D. Nestor, De Leon & Nestor, LLC, Counsel for Defendant Abdirahman Daud.

    Glenn P. Bruder, Mitchell, Bruder & Johnson, Counsel for Defendant Guled Omar.

_____

    This matter is before the Court on the government's motion for Protective Order Pertaining to Undercover Agent [Doc. No. 422].

    Based on the files, record and proceedings herein, and after the Court's *in camera* review of the government's submissions disclosing the true name of the

1

Undercover Agent, and the information concerning any prior cases in which the Undercover Agent testified, the Court hereby orders as follows:

IT IS HEREBY ORDERED that the government shall disclose the true name of the Undercover Agent to defense counsel.  Defense counsel shall not disclose the Undercover Agent's true name to the defendants.  The government shall also disclose to defense counsel the three cases listed in its submission to the Court in which the Undercover Agent provided testimony.

Date:   May 9, 2016

                                    s/ Michael J. Davis
                                    Michael J. Davis
                                    United States District Court