UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>(2) MOHAMED ABDIHAMID FARAH,<br>(4) ABDIRAHMAN YASIN DAUD, and<br>(7) GULED ALI OMAR,<br><br>Defendants. | Criminal No. 15-49 (MJD/FLN)<br><br><br>**ORDER** |

On May 13, 2016, this Court received a report from the U.S. Marshal for the District of Minnesota about an individual identified as Khadar Ali Omar, who is the brother of Defendant Guled Ali Omar.

It has been reported to the Court that on May 12, 2016, Mr. Khadar Omar attempted to bring a 6 inch pair of scissors into the courthouse after he was informed by Court Security that the scissors were prohibited inside the courthouse. In addition, it has been reported that Mr. Khadar Omar was observed on the courthouse security cameras taking pictures of the courthouse public elevators, and when confronted by Court Security, Mr. Omar turned over a second phone in order to conceal the actual phone that was used to take pictures.

Based on the above, the Court will exercise its authority to maintain public safety within the courthouse and during the trial in the above matter and bar Khadar Ali Omar from the United States Courthouse located at 300 South Fourth Street, Minneapolis, Minnesota, for the remainder of the trial in the above matter.

DATED: May 13, 2016
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
Chief Judge
United States District Court