UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-49(2) (MJD/HB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MOHAMED ABDIHAMID FARAH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant Mohamed Farah's second motion for an extension of the deadline to file his written closing argument in connection with the evidentiary hearing on his motion pursuant to 28 U.S.C. § 2255 from November 10, 2021 until November 17, 2021. Based on the reasons provided by Defendant's counsel, the Court finds sufficient cause for the requested extension.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall have until November 17, 2021 to file written closing arguments.

Dated:   November 10, 2021

s/Michael J. Davis
Michael J. Davis
United States District Court
