# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff, | |
| v. | Case No.  15-cr-49 MJD/HB |
| Mohamed Abdihamid Farah (2), | |
| Defendant. | |

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. Petitioner's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 922] is **DENIED;** and

2. No Certificate of Appealability shall issue.

Date: March 18, 2022                                          Kate M. Fogarty, Clerk