# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 24, 2022

Mr. Jordan S. Kushner
Suite 2446
431 S. Seventh Street
Minneapolis, MN  55415-0000

RE:  22-2079  Mohamed Farah v. United States

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. It will be forwarded to a panel of judges for consideration. You will be advised of any action taken in the case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

CBO

Enclosure(s)

cc: Mr. Craig Raymond Baune
    Mr. Mohamed Abdihamid Farah
    Ms. Kate M. Fogarty
    Ms. Staci Heichert
    Ms. Lori Ann Simpson
    Mr. Andrew Robert Winter

    District Court/Agency Case Number(s):   0:20-cv-00580-MJD

**Caption for Case Number:   22-2079**

Mohamed Abdihamid Farah

       Petitioner - Appellant

v.

United States of America

       Respondent - Appellee

**Addresses for Case Participants:   22-2079**

Mr. Jordan S. Kushner
Suite 2446
431 S. Seventh Street
Minneapolis, MN  55415-0000

Mr. Craig Raymond Baune
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Mr. Mohamed Abdihamid Farah
FEDERAL CORRECTIONAL INSTITUTION
49786-298
P.O. Box 3000
Forrest City, AR  72336-0000

Ms. Kate M. Fogarty
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Staci Heichert
UNITED STATES COURTHOUSE
1005
300 S. Fourth Street
Minneapolis, MN  55415

Ms. Lori Ann Simpson
1005
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320

Mr. Andrew Robert Winter
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000